UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE R. TURNER, *on behalf of himself and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>MCCARTY, BURGESS & WOLFF, INC.<br><br>Defendant. | Civil Action No. 20-cv-13292-JMV-JAD<br><br><br>**STIPULATION OF DISMISSAL** |

    **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by Plaintiff are hereby dismissed with prejudice as to Plaintiff and without prejudice as to any unnamed class members, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

    **IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
       May 19, 2021

    /s/ Ryan L. Gentile, Esq.
    Law Offices of Gus Michael Farinella, PC
    110 Jericho Turnpike – Suite 100
    Floral Park, NY 11001
    Tel: 201-873-7675
    Email: rlg@lawgmf.com
    *Attorneys for Plaintiff, Dale R. Turner*

    /s/ Larence J. Bartel
    Gordon Rees Scully Mansukhani, LLP
    Three Logan Square
    Philadelphia, PA 19103
    Email: lbartel@grsm.com
    *Attorneys for Defendant*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 5/19/21